**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ISABEL BORJAS DE ZABALA** | **CIVIL ACTION NO. 6:26-CV-1820** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 9] of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Isabel Borjas de Zabala's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS, DONE AND SIGNED in chambers on this 23rd day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE